# CSM Legal, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

January 20, 2022

**Via ECF**

Hon. Andrew L. Carter, Jr.  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

      Re:    David Jonatan Arriaga, et al v. CJ Restaurant Company Inc., et al  
            Docket No.: 21-cv-00159 (ALC) (GWG)

Your Honor:

      My office represents Plaintiff in the above-captioned matter. I write, jointly with defense counsel, to respectfully request the Court for an extension of the deadline to submit the settlement agreement for Court approval, from the current deadline of today, January 20, 2022, to January 28, 2022. This is the first request of its kind. The parties apologize to the Court for not submitting the within application on a timely basis.

      The reason for the within request is that Defendants need additional time to review and sign the Agreement.

      The parties thank the Court for its time and consideration of this matter.

                                             Respectfully submitted,

                                             /s/ *William K. Oates*  
                                             William K. Oates, Esq.  
                                             CSM LEGAL, P.C.  
                                             *Attorneys for Plaintiff*

cc:    Diane H. Lee, Esq. (via ECF)  
        *Attorney for Defendants*

**Application GRANTED.**

SO ORDERED:  
/s/ Andrew L. Carter  
HON. ANDREW L. CARTER, JR.  
UNITED STATES DISTRICT JUDGE

Dated: 1/21/2022

*Certified as a minority-owned business in the State of New York*