UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

DAVID JONATAN ARRIAGA, individually and on behalf of others similarly situated,

                Plaintiff,

        -against-

CJ RESTAURANT COMPANY INC. (d/b/a DELICACY), EUN KYUNG KIM, and CHEON KOO CHO,

                Defendants.

---------------------------------------------------------- x

1:21-cv-00159 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' Settlement Agreement and Release, along with accompanying Letter Motion for Approval of the Settlement Agreement, filed January 28, 2022. (ECF No. 40.) Having reviewed the Settlement Agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is ORDERED that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:   August 25, 2022
             New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**